FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 0 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF ARKANSAS


JERRY AVERY PLAINTIFF

V.                                    2:20-cv-00169-LPR-JTK

DEWAYNE HENDRIX - WARDEN

MICHELLE WINGO - P.A.


This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

STATEMENT OF CLAIM.                                                    ①

ON 4/27/20, I, JERRY W. AVERY JR. #23853-057, HAD MAJOR SURGERY DONE ON MY LEFT KNEE & QUAD MUSCLE. THE SURGERY WAS PERFORMED AT THE HOSPITAL IN MEMPHIS, TN. I ARRIVED BACK TO MY INSTITUTION, FORREST CITY-LOW JUST AFTER MIDNIGHT, 4/28/20. I WAS PLACED IN THE SHU. (SPECIAL HOUSING UNIT) OVERNIGHT WITH AN IMMOBILIZER ON MY LEFT LEG. THE DOCTORS INSTRUCTIONS WERE FOR MY P.A., MICHELLE WINGO TO KEEP MY DRESSING CHANGED UNTIL I SAW HIM AGAIN. I NEVER SAW PA MICHELLE WINGO UNTIL 5/26/20. WHEN I WAS LET OUT OF THE SHU, ON 4/28/20, I WAS MOVED TO WYNN DELTA (WD) A UNIT UPSTAIRS, WHERE I HAD TO CLIMB TWO FLIGHTS OF STAIRS.

ON 5/13/20, I WENT TO HAVE MY STAPLES REMOVED FROM MY LEFT KNEE YET I STILL HADN'T BEEN SEEN BY P.A. WINGO. DUE TO NO INSTRUCTIONS & OBVIOUS DISREGARD TO MY MEDICAL NEEDS, MY KNEE BECAME INFECTED. I DID A SICKCALL ON 5/26/20 TO NOTIFY P.A. WINGO OF THE INFECTION. AFTER A MAJOR SURGERY, TO THE EXTENT THAT I HAD, P.A. WINGO HAS SHOWN DILIBERATE INDIFFERENCE. THIS DEGREE OF NON MEDICAL SUPPORT, WHERE SHE HASN'T CONSULTED WITH ME NOR MONITORED MY AFTERCARE, IS RECKLESS & INTENTIONALLY KNOWINGLY DONE, BECAUSE SHE HAD MY FILE FROM THE DR./SURGEON THE NEXT DAY & ALL THAT WAS REQUIRED FOR ME. NONE OF THE PROPER PROTOCAL WAS FOLLOWED WHICH IS WHY MY LEG BECAME INFECTED. NO CHANGING OF BANDAGE

②

NOR MEDICAL CARE WHATSOEVER.

5/27/20 P.A. WINGO CALLED ME TO SICKCALL, ONLY BECAUSE I PUT IN FOR IT. THIS WAS OUR FIRST ENCOUNTER SINCE I'D BEEN BACK FROM SURGERY. P.A. WINGO GAVE ME AN ANTIBIOTIC SHOT IN MY HIP WHEN SHE SAW PUSS LEAKING OUT OF THE WOUND ON MY KNEE. SHE ALSO GAVE ME A FEW ANTIBIOTIC PILLS. DR. OBIE WAS CALLED INTO THE ROOM BY P.A. WINGO TO LOOK AT MY KNEE. DR. OBIE SAID QUOTE:"I WANT HIM BACK UP HERE TOMARROW." P.A. WINGO DISREGARDED THAT AND CALLED ME BACK ON 5/29/20. I ALSO RECEIVED AN ANTIBIOTIC PERSCRIPTION ON 5/29/20.

ON 6/9/20 I WAS PLACED IN THE SHU. I WASN'T ALLOWED TO PUT MY KNEE BRACE ON BEFORE LEAVING THE HOUSING UNIT WYNN DELTA. NOR WAS I ALLOWED TO HAVE MY WALKER IN MY CELL. CORDELL NICHOLS #29494-044 WEARS LEG BRACES IN THE SHU SO WHY WAS I DENIED? ON 4/28/20 I SPENT THE NIGHT IN THE SHU WITH MY IMMOBILIZER ON. THE EVENING OF 6/9/20 RN WOOTEN WAS MAKING HIS EVENING ROUNDS IN THE SHU. I ASKED FOR A KNEE BRACE & HE SAID "GET IT OUT OF YOUR PROPERTY." THE SAME WAS SAID ABOUT MY MEDICATION.

6/10/20-DENIED ANY FORM OF KNEE SUPPORT. STILL NO MEDICATION

6/11/20-RECEIVED MY HYPERTENSION MEDICATIONS. HYDROCHLORO THIAZIDE 25MG. & LISINOPRIL 40MG. THIRD DAY WITHOUT MY DIABETIC MEDICATION, METFORMINE 1000MG. FELL IN SHOWER.

6/12/20 DENIED KNEE BRACE, BY NURSE PHILLIPS. SAID

③

QUOTE: "YOU DON'T NEED A KNEE BRACE FOR TAKING SHORT STEPS. TOOK A BIRDBATH IN THE SINK SO I WOULDN'T FALL AGAIN. RN YATES SENT A NOTE TO P.A. WINGO ABOUT MY METFORMINE

6/13/20 MOVED TO A NEW CELL. MY NEW CELLIE JERRY GATER #42525-044 HELPED ME UP I FELL IN THE SHOWER AGAIN.

6/14/20 FELL IN SHOWER AGAIN. JERRY GATER HELPED ME UP.

6/15/20 - 6/21/20 - STILL NO KNEE SUPPORT NOR METFORMINE.

6/19/20 - SHU OFFICER COLEMAN SAID "PUT PAPER ON MEDICAL FOR NEGLIGENCE. IT DON'S MAKE SENSE THEM DOING YOU LIKE THIS.

6/22/20 - RN YATES HAD NP ROSEMARY STILES TO FILL MY METFORMINE PERSCRIPTION.

6/23/20 - RECEIVED MY METFORMINE. FIRST TIME TAKING IT SINCE 6/9/20

6/25/20 - SAW P.A. WINGO. ROSEMARY STILES, NP, WAS PRESENT. P.A. WINGO & I HAD WORDS ABOUT HER NOT SEEING ME TO GIVE ME INSTRUCTIONS ON HOW TO CARE FOR MY KNEE AFTER MY SURGERY. I ASKED FOR A KNEE BRACE & HOW TO REHAB MY KNEE & SHE, P.A. WINGO STATED, "JUST DO LIGHT STRETCHES UNTIL YOU GO TO YOUR FOLLOW UP."

R.N. YATES BROUGHT ME A KNEE BRACE THAT EVENING. I ASKED HER WHY IT TOOK SO LONG TO GET ME MY METFORMINE. P.A. WINGO ALSO STATED THAT I DIDN'T NEED MY IMMOBILIZER ANYMORE WHICH MAY HAVE BEEN TRUE ON THAT DATE. BUT BY NO HAVING IT OR ANY KNEE SUPPORT, MY KNEE HASN'T HEALED PROPERLY. & I CONTINUE TO HAVE SHARP PAIN BEHIND MY KNEE CAP (LEFT)

④

7/18/20 - STILL NO PROPER INSTRUCTIONS ON HOW TO CARE FOR MY KNEE NOR ANY FORM OF REHAB, EXCEPT HER, P.A. WINGO, SAYING DO LIGHT STRETCHES. P.A. WINGO HAS ACTED WITH DELIBERATE INDIFFERENCE & HAS VIOLATED INMATE AVERY'S 8th AMENDMENT CONSTITUTIONAL RIGHTS, WHICH ALSO MEANS SHE ACTED UNDER COLOR OF FEDERAL. I COULD HAVE LOST MY LEG OR WORSE. THE INFECTION COULD HAVE SPREAD & POSSIBLY KILLED ME BY ME BEING DIABETIC. INTENTIONAL & DELIBERATE DISREGARD OF INMATE AVERY'S HEALTH HAS BEEN SHOWN BY P.A. WINGO. THE 8th AMENDMENT ENSURED BY PRISON OFFICIALS THAT ALL INMATES RECEIVE ADEQUATE FOOD, CLOTHING, SHELTER & MEDICAL CARE AND MUST GUARANTEE THE SAFETY OF INMATES.

DELIBERATE INDIFFERENCE ENTAILS A LEVEL OF CULPABILITY EQUAL TO CRIMINAL LAW DEFINITION OF RECKLESSNESS, THAT IS A PRISON OFFICIAL MUST BOTH BE AWARE OF FACTS FROM WHICH THE INFERENCE COULD BE DRAWN, THAT A SUBSTANTIAL RISK OF SERIOUS HARM EXISTS, AND MUST ALSO DRAW THE INFERENCE. VIOLATIONS OF THE 8th AMENDMENT ONLY OCCUR WHEN TWO REQUIREMENTS ARE MET. ONE, DEPRIVATION ALLEDGED MUST BE OBJECTIVELY SUFFICIENTLY SERIOUS. (INMATE AVERY COULD HAVE LOST HIS LEG OR WORSE FROM THE INFECTION THAT WASN'T BEING MONITORED) TWO, THE OFFICIAL MUST KNOW OF, AND DISREGARD AN EXCESSIVE RISK TO INMATE'S HEALTH & SAFETY. (WHICH P.A. MICHELLE WINGO CLEARLY DID BY LYING TO ROSEMARY STILES CLAIMING SHE TOLD ME SEVERAL TIMES WHAT TO DO FOR MY LEG (KNEE) THE COMPUTERS HAVE THE

⑤

DATES & TIMES LOGGED IN AS TO WHEN SHE'D ENCOUNTERED ME. HOW COULD SHE TELL ME ANYTHING WHEN SHE DIDN'T SEE ME UNTIL 5/26/20, WHEN I PUT IN FOR SICKCALL. THEN THE FOLLOWING DAY SHE CALLED ME FOR SICKCALL 5/27/20. 29 DAYS AFTER MY SURGERY.

ALL OF THIS OCCURED AT, 1400 DALE BUMPERS RD. FORREST CITY AR 72336 WHERE MY 8th AMENDMENT WAS VIOLATED, BETWEEN 4/28/20 - 7/30/20

ON 7/30/20 WAS SEEN BY P.A. WINGO, ALONG WITH NP ROSEMARY STILES. ME & P.A. WINGO, AGAIN EXCHANGED WORDS ABOUT HER NOT DOING HER JOB & THAT'S TO MAKE SURE SHE DOESN'T PUT AN INMATE'S HEALTH IN JEOPARDY, WHICH SHE'S CLEARLY DONE IN MY CASE. NP STILES PULLED UP MY FILE & IT HAD WHAT APPEARED TO BE THE DOCTORS ORDERS. I STATED NOBODY TOLD ME ANYTHING. THEN P.A. WINGO SAID, QUOTE, "WELL THEY SHOULD'VE TOLD YOU. I THEN STATED, "I'M NOT GOING TO KEEP GOING BACK & FORTH WITH YOU." THEN P.A. WINGO ASKED NP STILES TO STAND UP SO SHE COULD SHOW ME A STRETCH SITTING IN A CHAIR.

RELIEF

VIII   I'M ASKING THE COURTS TO GRANT ME $10 MILLION DOLLARS ($10,000,000.00) THAT'S A SMALL AMOUNT COMPARED TO ONE POSSIBLY LOSING A LIMB OR HIS LIFE.

# Bureau of Prisons
# Health Services
# Medication Summary
## Current as of 06/12/2020 18:38

*EX: A*

| | | | | |
|---|---|---|---|---|
| **Complex:** FOX--FORREST CITY FCC | | **Begin Date:** N/A | **End Date:** N/A | |
| **Inmate:** AVERY, JERRY WAYNE JR | | **Reg #:** 23853-057 | **Quarter:** Z02-132LAD | |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin G Benzathine | Unknown | 01/14/2009 |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning

**Rx#:** 454009-FOX    **Doctor:** Tomar, M. MD

**Start:** 02/06/20    **Exp:** 02/05/21    **Pharmacy Dispensings:** 104 TAB in 128 days

Lisinopril 40 MG Tab

Take two tablets (80 MG) by mouth each day

**Rx#:** 454010-FOX    **Doctor:** Tomar, M. MD

**Start:** 02/06/20    **Exp:** 02/05/21    **Pharmacy Dispensings:** 208 TAB in 128 days

## Recently Expired Prescriptions

*Clindamycin HCl 300 MG Cap*

*Take one capsule (300 MG) by mouth three times daily for 10 days *remainder*

**Rx#:** 462413-FOX    **Doctor:** *Wingo, Michelle PA-C*

**Start:** *05/27/20*    **Exp:** *06/06/20*    **Pharmacy Dispensings:** *24 CAP in 10 days*

*Metformin 1000mg twice a day expired 6/5/20 left Noted for provider to see on Monday* (handwritten)

# Bureau of Prisons
# Health Services
# Medication Summary

$Ex. B$

## Current as of 06/28/2020 16:11

| | | | | | |
|---|---|---|---|---|---|
| Complex: | FOX--FORREST CITY FCC | Begin Date: | N/A | End Date: | N/A |
| Inmate: | AVERY, JERRY WAYNE JR | Reg #: | 23853-057 | Quarter: | Z01-112LAD |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin G Benzathine | Unknown | 01/14/2009 |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning
**Rx#:** 454009-FOX     **Doctor:** Tomar, M. MD
**Start:** 02/06/20     **Exp:** 02/05/21

these last fill 6/22/20

**Pharmacy Dispensings:** 118 TAB in 144 days

Lisinopril 40 MG Tab
Take two tablets (80 MG) by mouth each day
**Rx#:** 454010-FOX     **Doctor:** Tomar, M. MD
**Start:** 02/06/20     **Exp:** 02/05/21

**Pharmacy Dispensings:** 236 TAB in 144 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth twice daily after meals
**Rx#:** 463968-FOX     **Doctor:** Stiles, Rosemary NP
**Start:** 06/22/20     **Exp:** 09/20/20

Last filled

**Pharmacy Dispensings:** 60 TAB in 7 days

2 refills left

# Bureau of Prisons
# Health Services
# Medication Summary
## Current as of 07/13/2020 19:48

*EX:C*

| Complex: | FOX--FORREST CITY FCC | Begin Date: | N/A | End Date: | N/A |
|---|---|---|---|---|---|
| Inmate: | AVERY, JERRY WAYNE JR | Reg #: | 23853-057 | Quarter: | Z01-106LAD |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin G Benzathine | Unknown | 01/14/2009 |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning

**Rx#:** 454009-FOX     **Doctor:** Tomar, M. MD

**Start:** 02/06/20     **Exp:** 02/05/21          **Pharmacy Dispensings:** 118 TAB in 159 days

Lisinopril 40 MG Tab

Take two tablets (80 MG) by mouth each day

**Rx#:** 454010-FOX     **Doctor:** Tomar, M. MD

**Start:** 02/06/20     **Exp:** 02/05/21          **Pharmacy Dispensings:** 236 TAB in 159 days

metFORMIN HCl 1000 MG Tab

Take one tablet (1000 MG) by mouth twice daily after meals

**Rx#:** 463968-FOX     **Doctor:** Stiles, Rosemary NP

**Start:** 06/22/20     **Exp:** 09/20/20          **Pharmacy Dispensings:** 60 TAB in 22 days

*refill place today*

JERRY AVERY #23853-059

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 9000-LOW.
FORREST CITY AR 72336

MEMPHIS P&DC 381
TUE 18 AUG 2020 AM

FEDERAL CORRECTIONAL INSTITUTION MEDIUM

DATE 8-17-20

"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE

LEGAL
MAIL

UNITED STATES DISTRICT COURT
CLERK OF COURT
600 WEST CAPITOL AVENUE
SUITE A-149
LITTLE ROCK AR
72201-3325