IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY AVERY,**
REG. #23853-057                                                                                              **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00169-LPR-JTK**

**DEWAYNE HENDRIX, et al.**                                                                   **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations (the "Recommendation") from United States Magistrate Judge Jerome T. Kearney. (Doc. 6). There have been no objections. After a review of the Recommendation and the record, the Court adopts the Recommendation in its entirety.

IT IS THEREFORE ORDERED that Defendant Dewayne Hendrix is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE