IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY AVERY,**  **PLAINTIFF**
**REG. #23853-057**

Case No. 2:20-cv-00169-LPR

**DEWAYNE HENDRIX,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 25). No objections have been filed and the time for doing so has expired. After a careful review of the Recommendations and the record, the Court adopts the Recommendations in their entirety.

IT IS THEREFORE ORDERED THAT Defendant Michelle Wingo's Motion for Summary Judgment (Doc. 15) is GRANTED. A corresponding Judgment will be entered.

IT IS SO ORDERED this 8th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE