IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY AVERY,** **PLAINTIFF**
**REG. #23853-057**

Case No. 2:20-cv-00169-LPR

**DEWAYNE HENDRIX,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to Orders previously filed, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in Defendant Michelle Wingo's favor on all claims against her in her official and individual capacities; and (2) all claims against Dewayne Hendrix in his official and individual capacities are dismissed without prejudice.

IT IS SO ADJUDGED this 8th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE